UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | Kenneth Lamar Jarrett Sr. | ) | CASE NO.    1:17-11112-SDR |
| | Debtor(s) | ) | CHAPTER 13 |

---

### TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION

---

Comes Kara West, Chapter 13 Trustee, by and through Farinash & Hayduk and amends her previous objection to confirmation of the plan as follows:

The debtor's attorney fee appears to be excessive and the Trustee objects to its allowance. The Trustee requests that the court make inquiry and adjustment as allowed under 11 USCA§330(a)(2).  The Trustee suggests fee of $ 2,894.00, which amount is 50% of the funds available to pay attorney fees and unsecured creditors.

RESPECTFULLY SUBMITTED:

FARINASH & HAYDUK

By:   /s/ Jerrold D. Farinash
JERROLD D. FARINASH, (BPR #10220)
Attorneys for Trustee
100 West M L King Blvd, Ste. 816
Chattanooga, Tennessee 37402
jdf@fandhlawfirm.com
(423) 805-3100

Certificate of Service

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of Court and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to insure delivery to its destination on the following:

Kenneth C. Rannick, P.C.
4416 Brainerd Road
Chattanooga , TN 37411

DATED: May 3, 2017

/s/ Jerrold D. Farinash
Jerrold D. Farinash