**SO ORDERED.**
**SIGNED this 6th day of October, 2017**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Kenneth Lamar Jarrett, Sr.** | ) | No. 1:17-bk-11112-SDR |
| | ) | **Chapter 13** |
| **Debtor** | ) | |

## ORDER

On October 5, 2017, the court read into the record its oral opinion on the objection to confirmation filed by the chapter 13 trustee based on an excessive attorney's fee. (Doc. No. 18). For the reasons stated orally on the record, the court will provide debtor's counsel with 14 days in which to file a supplemental response to the trustee's objection in light of the court's opinion in *In re Pursley,* Case No. 1:17-bk-10732-SDR. The chapter 13 trustee will have seven days in which to file a reply if necessary. After receiving this additional briefing, the court will provide its final opinion. It is so ORDERED.

# # #